# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., | : | No. 115 WAL 2017 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| B. KEPPEL TRUCKING, LLC, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.